# United States District Court
# Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC-11 | E 2748863 | Casale | 5-10 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 08/22/2026/0301 | G.S. 20-138.1 |

Place of Offense: R. Miller St / NC HWY 210

Offense Description: Factual Basis for Charge — HAZMAT ☐

Impaired Driving

**DEFENDANT INFORMATION** — Phone: [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Lopez | Oscar | |

Street Address: [redacted]

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| [redacted] | | | [redacted]/2003 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| [redacted] | | TX | [redacted] |

| ☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|
| | | BK | BRG | 5'3" | 155 |

**VEHICLE** — VIN: [redacted] — CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| [redacted] | TX | 00 | Toyota | | Silver |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. MCA | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ ____ Forfeiture Amount<br>+ $30 Processing Fee<br>$ ____ Total Collateral Due |

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date / Time |
|---|---|
| | Date:<br>Time: |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature



Original - CVB Copy

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 22 August, 20 26 while exercising my duties as a law enforcement officer in the Eastern District of NC

At 0301 hrs, 22 Aug 26, Spring Lake Police Department Officer Henson, reported a silver in color, 2000 Toyota Camry, TX VVS-9983, operated by Lopez impeding the flow of traffic to the Fort Bragg E-911 Dispatch Center. 3-9 Parravano was dispatched to R. Miller St./NC Hwy 210. Upon approach of the vehicle, 3-9 detected an odor of an alcoholic beverage emitting from Lopez' person. Further investigation revealed Lopez did not have his drivers license in his possession. 5-10 Casale conducted Standardized Field Sobriety Tests, which warranted further action. Lopez was apprehended, transported to the Fort Bragg Law Enforcement Center, administered an Intox EC/IR II test, resulting in .16% AC. Lopez was issued three citations with his mandatory court appearance at 0800 hrs, 23 Sep 26. DNA was submitted, Kit #0462590. Lopez was advised of his legal rights on a DA FM 3881, which he waived, rendering a verbal statement admitting to the offense.

The foregoing statement is based upon:

- ☐ my personal observation
- ☒ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/22/2026 [signature]

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court
# Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC-11 | E2748864 | Casale | 5-10 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 08/22/2026/0301 | G.S. 20-7(a) |

Place of Offense: R. Miller St / NC HWY 210

Offense Description: Factual Basis for Charge — HAZMAT ☐

Fail to Carry Driver's License

**DEFENDANT INFORMATION** — Phone: ( [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Lopez | Oscar | |

Street Address: [redacted]

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| [redacted] | | | [redacted]/2003 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| [redacted] | | TX | [redacted] |

☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair: BLK | Eyes: BRO | Height | Weight

**VEHICLE** — VIN: [redacted] — CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| [redacted] | TX | 00 | Toyota | | Silver |

**APPEARANCE IS REQUIRED**

A ☒ If Box A is checked, you must appear in court. See instructions.

MCA

**PAY THIS AMOUNT AT www.cvb.uscourts.gov →**

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ______ Forfeiture Amount

+ $30 Processing Fee

$ ______ **Total Collateral Due**

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date / Time |
|---|---|
| | Date: |
| | Time: |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature



Original - CVB Copy

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 22 August, 20 26 while exercising my duties as a law enforcement officer in the Eastern District of NC

At 0301 hrs, 22 Aug 26, Spring Lake Police Department Officer Henson, reported a silver in color, 2000 Toyota Camry, TX VVS-9983, operated by Lopez impeding the flow of traffic to the Fort Bragg E-911 Dispatch Center. 3-9 Parravano was dispatched to R. Miller St./NC Hwy 210. Upon approach of the vehicle, 3-9 detected an odor of an alcoholic beverage emitting from Lopez' person. Further investigation revealed Lopez did not have his drivers license in his possession. 5-10 Casale conducted Standardized Field Sobriety Tests, which warranted further action. Lopez was apprehended, transported to the Fort Bragg Law Enforcement Center, administered an Intox EC/IR II test, resulting in .16% AC. Lopez was issued three citations with his mandatory court appearance at 0800 hrs, 23 Sep 26. DNA was submitted, Kit #0462590. Lopez was advised of his legal rights on a DA FM 3881, which he waived, rendering a verbal statement admitting to the offense.

The foregoing statement is based upon:

- ☐ my personal observation
- ☒ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/22/2026 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court
# Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| ECH1 | E2748865 | Casale | 5-10 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 08/22/2026/0301 | G.S. 20-174.1(A) |

Place of Offense: R. Miller St / NC HWY 210

Offense Description: Factual Basis for Charge — HAZMAT ☐

Impede Traffic

**DEFENDANT INFORMATION** Phone: ( [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Lopez | Oscar | |

Street Address: [redacted]

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| [redacted] | | | [redacted]/2003 |

| Drivers License No. CDL ☐ | D.L. State | Social Security No. |
|---|---|---|
| [redacted] | TX | [redacted] |

| ☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|
| | | Blk | Bro | 5'5" | 155 |

**VEHICLE** VIN: [redacted] CMV ☐

| Tag No. | State | Year | Make/Model PASS ☐ | Color |
|---|---|---|---|---|
| [redacted] | TX | 00 | Toyota | Silver |

**APPEARANCE IS REQUIRED**

A ☒ If Box A is checked, you must appear in court. See instructions.

MCA

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ Forfeiture Amount

+ $30 Processing Fee

$ Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date / Time |
|---|---|
| | Date: |
| | Time: |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature



Original - CVB Copy

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 22 August 20 26 while exercising my duties as a law enforcement officer in the Eastern District of NC

At 0301 hrs, 22 Aug 26, Spring Lake Police Department Officer Henson, reported a silver in color, 2000 Toyota Camry, TX VVS-9983, operated by Lopez impeding the flow of traffic to the Fort Bragg E-911 Dispatch Center. 3-9 Parravano was dispatched to R. Miller St./NC Hwy 210. Upon approach of the vehicle, 3-9 detected an odor of an alcoholic beverage emitting from Lopez' person. Further investigation revealed Lopez did not have his drivers license in his possession. 5-10 Casale conducted Standardized Field Sobriety Tests, which warranted further action. Lopez was apprehended, transported to the Fort Bragg Law Enforcement Center, administered an Intox EC/IR II test, resulting in .16% AC. Lopez was issued three citations with his mandatory court appearance at 0800 hrs, 23 Sep 26. DNA was submitted, Kit #0462590. Lopez was advised of his legal rights on a DA FM 3881, which he waived, rendering a verbal statement admitting to the offense.

The foregoing statement is based upon:

- ☐ my personal observation
- ☒ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/22/2026 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident